UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re: ) | FOR COURT USE ONLY |
| ) | |
| Turner, Jerry Wayne, Jr. ) | Petition Filed October 22, 2012 |
| Turner, Jessica Marie ) | |
| ) | |
| Debtor(s). ) | Case No: 12-11551 |

## AFFIDAVIT OF ATTORNEY FOR DEBTOR

I, PHILLIP E. BOLTON, the Attorney for the petitioner(s) named in the foregoing petition, declare that I have informed the petitioner that he/she may proceed under Chapter 7 or Chapter 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

Executed on June 5, 2013

/s/Phillip E. Bolton
PHILLIP E. BOLTON
Attorney for Petitioner